Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
       service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No. 3:23-cv-01703-SK |
|     Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | |
| WESTERN DENTAL SERVICES, INC., et al., | |
|     Defendants. | |

STIPULATION FOR DISMISSAL OF ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Western Dental Services, Inc. and George Frederick Emanuels, III, Trustee of the Emanuels Descendant's Trust date June 16, 1986 ("Defendants"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: January 9, 2024                    MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Gerardo Hernandez

Dated: January 9, 2024                    FISHER & PHILLIPS LLP

                                          */s/ Nathan V. Okelberry*
                                          Nathan V. Okelberry
                                          Attorney for Defendants,
                                          Western Dental Services, Inc. and George
                                          Frederick Emanuels, III, Trustee of the Emanuels
                                          Descendant's Trust date June 16, 1986

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Gerardo Hernandez